11088908
5.97
11/20/09

# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

November 18, 2009

TEL: (716) 831-1994

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Raymond C. Buckley/Virginia H. Buckley
           Bk. No. 05-93051K

Dear Sir/Madam:

    Enclosed herewith please find the Claims Distribution of Small Checks report in regards to the above captioned matter. The distribution to creditors referenced on said report is below $5.00, therefore, I am enclosing the Bankruptcy Estate of Raymond C. Buckley/Virginia H. Buckley's check no. 113 in the amount of $5.97 which represents payment of the following claims:

| | | | |
|---|---|---|---|
| 1. | Claim No. 4 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $1.18 |
| 2. | Claim No. 8 | American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $2.78 |
| 3. | Claim No. 12 | FIA Card Services, N.A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | $2.01 |

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.


FILED
NOV 20 2009
BANKRUPTCY COURT
BUFFALO, N.Y.

# Claims Distribution Small Checks

**Trustee: JOHN H. RING, III (520550)**

Case: 05-93051 - BUCKLEY, RAYMOND C.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 312105754566 | 113 | 11/18/09 | | | | Payee: U.S. Bankruptcy Court, WDNY | | | Check Amount: | $5. |
| | | | 4 | 08/06/08 | 610 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 668.73 | 668.73 | 1.18 | 1. |
| | | | 8 | 08/20/08 | 610 | American Express Travel Related Services Co, Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 1,577.39 | 1,577.39 | 2.78 | 2. |
| | | | 12 | 10/20/08 | 610 | FIA Card Services, N.A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive,DE5-023-03-03<br>Newark, DE 19713 | 1,138.03 | 1,138.03 | 2.01 | 2. |

(*) Denotes objection to Amount Filed